JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER DIANE ESCUDERO, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 1:18-cv-01136-EPG <br><br> STIPULATION AND ORDER FOR EXTENSION OF TIME <br><br> (ECF No. 17) |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from April 15, 2019 to May 15, 2019, for Plaintiff to file her Opening Brief.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due the number of merit briefs due during the week of April 15, 2019.  Counsel needs the additional time to properly brief the issues in this matter. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: April 4, 2019            PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff

Stipulation & Order
Case No. 1:18-cv-01136-EPG            1

| | | |
|---|---|---|
| Dated: April 9, 2019 | | MCGREGOR W. SCOTT<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Regional Chief Counsel, Region IX<br>Social Security Administration |

By: *\*/s/ S. Wyeth McAdam*
S. WYETH MCADAM
Special Assistant United States Attorney
Attorneys for Defendant
[*As authorized by email on 4/8/2019]

1

**ORDER**

Pursuant to stipulation (ECF No. 17), and finding good cause, IT IS ORDERED that Plaintiff is granted an extension of time, to May 15, 2019, to file her opening brief. All subsequent deadlines are modified accordingly.

IT IS SO ORDERED.

Dated: **April 9, 2019**

/s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE

Stipulation & Order
Case No. 1:18-cv-01136-EPG           3