McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
WYETH McADAM
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 268-5610
    Facsimile: (415) 744-0134
    E-mail: Wyeth.McAdam@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| ESTHER DIANE ESCUDERO, ) | Case No.: 1:18-cv-01136-EPG |
| ) | |
| Plaintiff, ) | **STIPULATION FOR EXTENSION OF** |
| ) | **TIME AND ORDER** |
| vs. ) | |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

IT IS HEREBY STIPULATED, by and between Esther Diane Escudero (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that, with the Court's approval, Defendant shall have an extension of time of thirty (35) days to file her Opposition to Plaintiff's Opening Brief. The current due date is June 7, 2019. The new date will be July 12, 2019. All other deadlines will extend accordingly.

Defense counsel needs an extension of time because she needs more time to draft the response, go through the necessary in-house reviews for newer attorneys, and manage her other cases. Counsel has seven other briefs due this month and is out of the office the first week of July.

Stip. & Order for Ext., 1:18-cv-01136-EPG

This request is made in good faith with no intention to delay unduly the proceedings. Counsel apologizes to the Court for any inconvenience this delay may cause.

This is Defendant's first request for an extension.

                                        Respectfully submitted,

Dated: June 5, 2019         McGREGOR W. SCOTT
                                        United States Attorney
                                        DEBORAH LEE STACHEL
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration

                                 By: */s/ S. Wyeth McAdam*
                                        S. WYETH MCADAM
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant


                                        */s/*
                                        JONATHAN OMAR PENA
                                        Attorney for Plaintiff
                                        Pena & Bromberg, Attorneys at Law
                                        (*As authorized via phone call on June 5, 2019)

# **ORDER**

Pursuant to the stipulation of the parties (ECF No. 20) and finding good cause exists, IT IS ORDERED that Defendant shall file her response to Plaintiff's opening brief on or before July 12, 2019. All subsequent deadlines are accordingly extended.

IT IS SO ORDERED.

Dated: **June 6, 2019**  /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE

Stip. & Order for Ext., 1:18-cv-01136-EPG