JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| Esther Diane Escudero,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, [1]<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:18-cv-01136-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(ECF No. 30) |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 14-day extension of time, from 01/02/2020 to 01/16/2020, for Plaintiff and Defendant to continue confidential negotiations of the EAJA FEE.

Respectfully submitted,

Dated: January 2, 2020                    PENA & BROMBERG, ATTORNEYS AT LAW

                                          By: */s/ Jonathan Omar Pena*
                                             JONATHAN OMAR PENA

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d).  See also section 205(g) of the Social Security Act, 42 U.S.C. § 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

1

Attorneys for Plaintiff

Dated: January 2, 2020

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: *<u>/s/ Allison Cheung OBO Wyeth McAdam</u>
 Allison Cheung OBO Wyeth McAdam
 Special Assistant United States Attorney
 Attorneys for Defendant
 (*As authorized by email on 01/02/2020)

**ORDER**

The parties have filed a stipulation for extension of time (ECF No. 30), but do not specify in their stipulation what deadline they are seeking to extend. Based on the statement in the stipulation that the parties are continuing confidential negotiations of the EAJA fee, the Court assumes that the parties are stipulating to an extension of the deadline for Plaintiff to a motion for attorney fees. The Court finds good cause for and accordingly GRANTS an extension of time, to January 16, 2020, for Plaintiff to file a motion for attorney fees.

IT IS SO ORDERED.

Dated: **January 2, 2020**

/s/ Erin P. Grosjean
UNITED STATES MAGISTRATE JUDGE