# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER DIANE ESCUDERO,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 1:18-cv-01136-EPG<br><br>ORDER ON STIPULATION FOR THE AWARD OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT<br><br>(ECF No. 32) |

Pursuant to stipulation of the parties (ECF No. 32), IT IS ORDERED that Plaintiff be awarded attorney fees and expenses under the EAJA in the amount of SEVEN THOUSAND FIVE HUNDRED dollars ($7,500), subject to the terms of the stipulation, including the offset provisions of the EAJA.

IT IS SO ORDERED.

Dated: **January 15, 2020**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE